UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR.                )
                               )
        *Plaintiff,*            )
                               )
    v.                          )Civil Action No. 07-1394 (RCL)
                               )
DISTRICT OF COLUMBIA,          )
DEPT. OF CORRECTIONS, *et al.* )
                               )
        *Defendants.*           )
_____)

ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Edward T. Waters and Kathy S. Ghiladi, Feldesman Tucker Leifer Fidell LLP, as counsel for Defendant, Unity Health Care, Inc. in this matter.

Respectfully submitted,

*/s/ Kathy S. Ghiladi*
_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)

Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

Date: August 16, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2007, copies of the foregoing Entry of Appearance were mailed, first-class postage prepaid, to pro se plaintiff:

Perdita Taylor
FPC LEXINGTON
POB 14525
Lexington, Kentucky 40512

_____
Kathy S. Ghiladi