UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR. | ) |
|         *Plaintiff,* | ) |
| v. | ) Civil Action No. 07-1394 (RCL) |
| DISTRICT OF COLUMBIA,<br>DEPT. OF CORRECTIONS, *et al.* | ) |
|         *Defendants.* | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING**

Defendant, Unity Health Care, Inc. ("Unity"), by its undersigned attorneys, respectfully requests that its time to file an answer or other responsive pleading be extended to October 15, 2007 and, in support thereof, states:

1. Unity's answer or other responsive pleading is currently due August 28, 2007.

2. Defendant needs time to review records and coordinate with the United States Department of Health and Human Services ("HHS") because Unity is a federally qualified health center ("FQHC") and HHS must make a coverage determination as to the Federal Torts Claims Act ("FTCA").

3. Unity has advised counsel for HHS of this lawsuit and is awaiting a response as to whether FTCA coverage will be extended in this case. If FTCA coverage is extended then HHS will be involved in this case.

4. Plaintiff is proceeding *pro se* in this matter. As a result, plaintiff has not been contacted by undersigned counsel to determine whether she would consent to the relief requested herein.

For the foregoing reasons, Unity respectfully requests that its motion be granted.

Respectfully submitted,

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)

Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

Date: August 16, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2007, a copy of the foregoing Motion was mailed, first-class postage prepaid, to *pro se* plaintiff:

Perdita Taylor
FPC LEXINGTON
POB 14525
Lexington, Kentucky  40512

_____
Kathy S. Ghiladi