UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE PROVIDERS, )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS'
MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Department of Corrections, by undersigned counsel, hereby respectfully requests an enlargement of time – to October 4, 2007 – to respond to the complaint herein. A memorandum of Points and Authorities and proposed Order is attached hereto. Undersigned counsel was unable to obtain the consent of plaintiff to this motion as she is *pro se* and is incarcerated at the federal prison in Lexington, Kentucky.

DATE: September 4, 2007

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

NICOLE LYNCH (471953)
Chief, Section II

 /s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General, D.C.
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
Carol.Connoly@dc.gov
(202) 724-6511
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR,       )<br>                              )<br>                              )<br>          Plaintiff,          )<br>     v.                       )<br>                              )<br>                              )<br>DC DEPARTMENT OF CORRECTIONS, )<br>                              )<br>and                           )<br>                              )<br>UNITY HEATH CARE PROVIDERS,   )<br>                              )<br>          Defendants.          )<br>                              ) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

The Defendant District of Columbia respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint. On July 31, 2007, plaintiff filed a complaint against the DC Department of Corrections and Unity Health Care alleging that she received inadequate medical treatment after she fell off her top bunk at the DC Jail in November, 2006. On August 13, 2007, service of the summons and complaint was delivered to an attorney for the DC Department of Corrections. However, additional time is sought to allow the Department of Corrections to obtain the necessary information and records to file an appropriate response to the complaint. In particular, undersigned counsel is attempting to ascertain whether plaintiff has fully and timely exhausted her administrative remedies under the Prison Litigation Reform Act and complied with all other procedural requirements which are a prerequisite to filing suit.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which is true in this case. Further, neither party will be prejudiced by this short extension of time nor will there be a disruption to these proceedings if the Court grants the instant motion.

WHEREFORE, the District of Columbia Department of Corrections respectfully requests this Honorable Court grant it a thirty day extension of time to October 4, 2007 to respond to plaintiff's complaint.

DATE: September 4, 2007

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        NICOLE LYNCH (471953)
        Chief, Section II

        /s/ Carol A. Connolly
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General, D.C.
        441 4th Street, NW, 6th Floor South
        Washington, D.C. 20001
        Carol.Connoly@dc.gov
        (202) 724-6511
        (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DC DEPARTMENT OF CORRECTIONS,<br><br>and<br><br>UNITY HEATH CARE PROVIDERS,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-1394<br>)　Judge Royce C. Lamberth<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT, and the entire record herein, it is hereby:

ORDERED, that the motion is hereby GRANTED, and it is

FURTHER ORDERED, that the District of Columbia Department of Corrections shall respond to Plaintiff's complaint by October 4, 2007.

DATE:_____　　　　　_____

　　　　　　　　　　　　　　　　　Judge Royce Lamberth
　　　　　　　　　　　　　　　　　United States District Court