UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE, INC, )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**ENTRY OF APPEARANCE FOR DEFENDANT DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS**

The Clerk of the Court will enter the appearance of Kathy S. Ghiladi of

Feldesman Tucker Leifer Fidell LLP as counsel to the Defendant District of Columbia

Department of Corrections.

Respectfully submitted,

Date: October 4, 2007

*/s/ Kathy S. Ghiladi*
_____
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960