UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Department of Corrections, by undersigned counsel, hereby respectfully requests an enlargement of time – to October 31, 2007 – to respond to the complaint herein. A memorandum of Points and Authorities and proposed Order is attached hereto. Undersigned counsel was unable to obtain the consent of plaintiff to this motion as she is *pro se* and is incarcerated at the federal prison in Lexington, Kentucky.

October 4, 2007

Respectfully submitted,

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE PROVIDERS, )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

The Defendant District of Columbia respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity Health Care ("Unity") provides medical treatment to individuals incarcerated in the District of Columbia jail pursuant to a contract with defendant District of Columbia Department of Corrections (the "District"). On September 27, 2007, the District provided notice by letter to Unity that the District invoked its right to indemnification and defense from Unity in connection with the above-captioned case. Accordingly, on this date Unity's attorneys have entered an appearance on behalf of the District pursuant to the District's request.

In light of this recent assumption of representation by undersigned counsel, additional time is sought to allow counsel to coordinate issues concerning representation

of the District before this Court as well as insurance- and indemnification-related matters and to have as much of those matters resolved before a response to the Complaint is filed with this Court.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which is true in this case. Further, none of the parties will be prejudiced by this short extension of time, nor will there be a disruption to these proceedings if the Court grants the instant motion. Indeed, granting this extension request will serve to promote efficiency and economy by allowing the requisite coordination to take place before a responsive pleading is filed.

WHEREFORE, the District of Columbia Department of Corrections respectfully requests this Honorable Court grant it an extension of time to October 31, 2007 to respond to plaintiff's complaint.

Respectfully submitted,

Date: October 4, 2007

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1394<br>Judge Royce C. Lamberth |

ORDER

Upon consideration of the DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT, and the entire record herein, it is hereby:

ORDERED, that the motion is hereby GRANTED, and it is

FURTHER ORDERED, that the District of Columbia Department of Corrections shall respond to Plaintiff's complaint by October 31, 2007.

DATE:_____        _____
                             Judge Royce Lamberth
                             United States District Court