# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,                                )
                                               )
      Plaintiff,                        )
                                               )
v.                                             )
                                               )    Civil Action No. 07-1394
DC DEPARTMENT OF CORRECTIONS,                  )    Judge Royce C. Lamberth
                                               )
and                                            )
                                               )
UNITY HEALTH CARE, INC.,                       )
                                               )
      Defendants.                       )
                                               )

I HEREBY CERTIFY that on this 5th day of October, 2007, a copy of the Defendant, District of Columbia Department of Corrections' Motion For an Enlargement of Time to Respond to Complaint, and Entry of Appearance for Defendant District of Columbia Department of Corrections, was mailed postage pre-paid to:

Perdita Taylor
R02196-000
LEXINGTON FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. Box 14500
Lexington, KY 40512

_____
KATHY S. GHILADI