UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR.  )
 )
        *Plaintiff,*  )
 )
v.  ) Civil Action No. 07-1394 (RCL)
 )
DISTRICT OF COLUMBIA,  )
DEPT. OF CORRECTIONS, *et al.*  )
 )
        *Defendants.*  )
 )

**DEFENDANT UNITY HEALTH CARE, INC.'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

Defendant, Unity Health Care, Inc. ("Unity"), by its undersigned attorneys, respectfully requests that its time to file an answer or other responsive pleading be extended to October 31, 2007 and, in support thereof, states:

1. Unity's answer or other responsive pleading is currently due October 15, 2007.

2. Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for, and been given, Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6.

3. Defendant requires additional time in which to coordinate with the United States Department of Health and Human Services ("HHS") because under federal law must make a coverage determination as to the FTCA. Unity has already advised counsel for HHS of this lawsuit and is awaiting a response as to whether FTCA

coverage will be extended in this case. If FTCA coverage is extended then HHS will be involved in this case and will assume defense of this matter on Unity's behalf.

4. Defendant District's responsive pleading is due October 31, 2007. It makes sense for the two defendants to have their responses due on the same date.

5. Plaintiff is proceeding *pro se* in this matter. As a result, plaintiff has not been contacted by undersigned counsel to determine whether she would consent to the relief requested herein.

For the foregoing reasons, Unity respectfully requests that its motion be granted and that the due date for its responsive pleading be extended until October 31, 2007.

Respectfully submitted,

/s/ Kathy S. Ghiladi
_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)

Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

Date: October 10, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2007, I caused a copy of the foregoing Motion to be mailed, first-class postage prepaid, to *pro se* plaintiff who is not registered in the ECF system:

Perdita Taylor
FPC LEXINGTON
POB 14525
Lexington, Kentucky 40512

Kathy S. Ghiladi