Perdita Taylor
Federal Satellite Camp
P.O. BOx 14525
Lexington, KY 40512
October 15, 2007

United States District Court
Honorabl Judge Lamberth
333 Constitution Ave. N.W.
Washington, D.C. 2001

Re: Civil Suit #071394RCL

Dear Judge Lamberth:

On November 19, 2007, I Perdita Taylor will be released from the Federal Prison Camp, Lexington, KY.

I am scheduled to arrive in the District of Columbia on November 20, 2007, therefore, I am requesting for all correspondence in regards to the civil suit #071394RCL one week prior to November 19th be addressed and forwarded to:

        Perdita Taylor
        228 15th, St., N.E.
        Washington, D.C.  20002

Attached with this notice are medical records to assist with my claim #071394RCL.

Respectfully Submitted,

Perdita Taylor
enc: *[signature: Perdita Taylor]*

**RECEIVED**

OCT 1 7 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**



## Central Kentucky Radiology, PLLC



NAME:                         PEROITA TAYLOR     ATW
DOB:                          05/20/1958
FILM:                         02196-000
REQUESTING PHYSICIAN:         CLANCY
EXAM REQUESTED:               THREE VIEW RIGHT WRIST
DATE:                         03/02/07

FINDINGS: Three views of the right wrist demonstrated subtle lucency within the midportion of the scaphoid. Findings probably represented small nondisplaced fracture. No other abnormality is seen.

IMPRESSION: Probable nondisplaced scaphoid fracture.

JON K. KOSTELIC, M.D.   JKK/rxlmm   DD: 03/02/07  DT: 03/04/07
Authenticated by JON K. KOSTELIC, M.D. 3/5/2007 2:31 PM

FMC LEXINGTON
3301 LEESTOWN ROAD
LEXINGTON, KY  40511-8799

# ORTHOPEDIC CONSULTANTS, P.S.C.

ORTHOPEDIC SURGERY
SPINE SURGERY
(859) 255-9059
FAX 859-254-3112

JOHN J. VAUGHAN, M.D.
G. CHRIS STEPHENS, M.D.
THOMAS E. MENKE, M.D.

1760 NICHOLASVILLE ROAD
SUITE 604
LEXINGTON, KY 40503

90

April 5, 2007

Stephen M. Clancy, M.D.
Federal Medical Center
3301 Leestown Rd.
Lexington, KY 40511

**RE:   Perdita Taylor**

Dear Dr. Clancy:

Thank you for having me see Perdita Taylor. Diagnosis is a nondisplaced scaphoid fracture. I placed her in a thumb spica cast, which I will keep her in for 3 months.

Enclosed is my dictation.

Sincerely,

John J. Vaughan, M.D.

JJV/cs
Enclosure: Consultation Note

APR 18 2007
S. Clancy, M.D.

Ms. Taylor is a 48-year-old inmate at the Federal Medical Center. She fell in November 2006. She recently had x-rays which showed a questionable scaphoid fracture. When I asked her where she hurts, she points to the right area. She has pain at the radial aspect of her wrist/base of thumb. It is worse with wrist motion.

**PHYSICAL EXAMINATION:** There is no frank deformity or swelling to the wrist. She is tender over the snuffbox. She has pain on range of motion of her wrist. Motor is intact.

**RADIOGRAPHIC STUDIES:** X-rays from FMC were reviewed. She appears to have a nondisplaced hairline crack of her scaphoid.

**IMPRESSION/PLAN:** Diagnosis is nondisplaced scaphoid fracture. I think there is a reasonably good chance this could heal with cast immobilization. I discussed this with her and she was agreeable.

I applied a thumb spica cast. Plan will be for her to wear this for 3 months. She will then return and cast may be removed. She will need a new x-ray evaluation of her wrist at that time. I would recommend a followup x-ray in 1 month's time. Dr. Clancy may do that at the Federal Medical Center. He may then leave x-rays for me to review. I will remove the cast in 3 months' time.

CC:   Stephen M. Clancy, M.D.
      Federal Medical Center
      3301 Leestown Rd.
      Lexington, KY  40511
      (w/letter)

                                                        DR. VAUGHAN/cs

DATE: 05/01/07        NAME: Perdita Taylor

Ms. Taylor has now been in a thumb spica cast for the past month. She is having no pain or problems. She is here for followup.

**PHYSICAL EXAMINATION:** Cast is in good repair.

**RADIOGRAPHIC STUDIES:** We x-rayed the scaphoid and wrist. The fracture appears healing.

**IMPRESSION/PLAN:** Plan will be to see her back in 2 months time. The cast may be removed. She will need an AP and lateral x-ray of her wrist at that time.

CC:   Stephen M. Clancy, M.D.
      Federal Medical Center
      3301 Leestown Rd.
      Lexington, KY  40511

                                                        DR. VAUGHAN/cs

**DATE:** 07/18/07    **NAME:** Perdita Taylor

**PHYSICAL EXAMINATION:** We removed the cast Ms. Taylor was in. She is stiff, but generally had no significant tenderness.

**RADIOGRAPHIC STUDIES:** X-rays were done. The fracture line had ossification across it.

**IMPRESSION/PLAN:** I would recommend she use a wrist brace. I will check her back in 4 weeks for a final evaluation.

CC:   Stephen M. Clancy, M.D.
      Federal Medical Center
      3301 Leestown Rd.
      Lexington, KY  40511

DR. VAUGHAN/cs

**DATE:** 08/14/07    **NAME:** Perdita Taylor

Ms. Perdita Taylor had a nondisplaced scaphoid fracture. She was in a thumb spica cast for 3 months. She has been using a wrist brace. She has some diffuse pain in various areas of her wrist, palm, and hand. It seems somewhat nonspecific.

**PHYSICAL EXAMINATION:** She has some diffuse palmar tenderness. Snuffbox does not seem more tender than other areas. She can flex and extend her fingers.

**RADIOGRAPHIC STUDIES:** Plain x-rays were done of the wrist. She has an apparent healed scaphoid fracture by plain films.

**IMPRESSION/PLAN:** Patient has persisting pain despite apparent radiographic healing of a scaphoid fracture.

Because of her persisting complaints, I recommend she get an MRI to rule out an occult scaphoid nonunion. I will see her back after the MRI is done, or Dr. Clancy at FMC may contact me with the results.

CC:   Stephen M. Clancy, M.D.
      Federal Medical Center
      3301 Leestown Rd.
      Lexington, KY  40511

DR. VAUGHAN/cs