UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,                          )
                                         )
         Plaintiff,                      )
     v.                                  )
                                         )   Civil Action No.07-1394
                                         )   Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,            )
                                         )
and                                      )
                                         )
UNITY HEATH CARE, INC.                   )
                                         )
         Defendants.                     )
                                         )

**DEFENDANTS' JOINT MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Department of Corrections and Unity Health Care, Inc. ("Unity"), by undersigned counsel, hereby respectfully requests an enlargement of time – to November 30, 2007 – to respond to the complaint herein. A memorandum of Points and Authorities and proposed Order is attached hereto. Undersigned counsel was unable to obtain the consent of plaintiff to this motion as she is *pro se* and is incarcerated at the federal prison in Lexington, Kentucky.

Respectfully submitted,

October 31, 2007

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PERDITA TAYLOR,                    )
                                   )
                                   )
        Plaintiff,                 )
   v.                              )
                                   )    Civil Action No.07-1394
                                   )    Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,      )
                                   )
and                                )
                                   )
UNITY HEATH CARE PROVIDERS,        )
                                   )
        Defendants.                )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendants District of Columbia and Unity respectfully submit this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity Health Care ("Unity") provides medical treatment to individuals incarcerated in the District of Columbia jail pursuant to a contract with defendant District of Columbia Department of Corrections (the "District").

On September 27, 2007, the District provided notice by letter to Unity that the District invoked its right to indemnification and defense from Unity in connection with the above-captioned case. Since then, Unity's attorneys have entered an appearance on behalf of the District pursuant to the District's request. Undersigned counsel and Unity have been in the process of coordinating this representation and issues related to the indemnification. Additional time is sought to allow counsel to coordinate issues

concerning representation of the District before this Court as well as insurance- and indemnification-related matters and to have as much of those matters resolved before a response to the Complaint is filed with this Court. It is for this reason that the District requires additional time.

Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6. Unity has advised representatives of the Department of Health and Human Services ("HHS"), the agency that oversees FTCA coverage issues relating to Section 330 health centers, of the instant lawsuit. Earlier this week, HHS advised that it is in the process of making a determination as to FTCA coverage. Unity fully expects that it will receive such coverage and Unity's role at that point with respect to the subject matter of this action will then be that of any insured entity – to cooperate fully with the insurer. It is for this reason that Unity requires additional time.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which applies in this case. Further, none of the parties will be prejudiced by this short extension of time, nor will there be a disruption to these proceedings if the Court grants the instant motion. Indeed, granting this extension request will serve to promote efficiency and economy by allowing the requisite coordination to take place and the necessary parties to make important determinations before a responsive pleading is filed.

WHEREFORE, the District of Columbia Department of Corrections and Unity respectfully request this Honorable Court grant them an extension of time to November 30, 2007 to respond to plaintiff's complaint.

Respectfully submitted,

Date: October 31, 2007

EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960