# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Perdita Taylor, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No.07-01394 |
| | ) Judge Royce C. Lamberth |
| DC Department of Corrections, | ) |
| | ) |
| AND | ) |
| | ) |
| Unity Heath Care Providers, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant Attorney General Carol A. Connolly as counsel for the Defendant, the Department of Corrections, in the above-captioned matter.

DATE: November 19, 2007

        Respectfully submitted,

        LINDA SINGER
        Attorney General, D.C.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        NICOLE LYNCH (471953)
        Chief, Section II

        /s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General, D.C.
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
Carol.Connoly@dc.gov
(202) 724-6511
(202) 727-3625 (fax)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on this 19th day of November I e-filed and mailed a copy of the foregoing Notice of Withdrawal to:

Perdita Taylor
228 15th Street, NE
Washington, DC 20002

        /s/ Carol A. Connolly
Carol A. Connoly