## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERDITA TAYLOR, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No.07-1394 |
| | ) | Judge Royce C. Lamberth |
| DC DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITY HEATH CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' JOINT MOTION FOR AN ENLARGEMENT
### OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Department of

Corrections and Unity Health Care, Inc. ("Unity"), by undersigned counsel, hereby

respectfully requests an enlargement of time – to December 31, 2007 – to respond to the

complaint herein.  A memorandum of Points and Authorities and proposed Order is

attached hereto.  Undersigned counsel was unable to obtain the consent of plaintiff to this

motion as she is *pro se*.

Respectfully submitted,

November 29, 2007

EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,                              )
                                             )
                                             )
          Plaintiff,                         )
    v.                                       )
                                             )    Civil Action No.07-1394
                                             )    Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,  )
                                             )
and                                          )
                                             )
UNITY HEATH CARE PROVIDERS,       )
                                             )
          Defendants.                        )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANTS JOINT MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO COMPLAINT**

Defendants District of Columbia and Unity respectfully submit this Memorandum

of Points and Authorities in Support of its Motion for an Enlargement of Time to respond

to Plaintiff's Complaint.

Unity Health Care ("Unity") provides medical treatment to individuals

incarcerated in the District of Columbia jail pursuant to a contract with defendant District

of Columbia Department of Corrections (the "District").

On September 27, 2007, the District provided notice by letter to Unity that the

District invoked its right to indemnification and defense from Unity in connection with

the above-captioned case. Since then, Unity's attorneys have entered an appearance on

behalf of the District pursuant to the District's request. Undersigned counsel and Unity

have been in the process of coordinating this representation and issues related to the

indemnification. Additional time is sought to allow counsel to coordinate issues

concerning representation of the District before this Court as well as insurance- and indemnification-related matters and to have as much of those matters resolved before a response to the Complaint is filed with this Court. These issues are still ongoing and it is for this reason that the District requires additional time.

In addition, Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6 and *El Rio Santa Cruz Neighborhood Health Center, Inc. v. HHS*, 396 F. 3d 1265 (D.C. Cir. 2005). Unity has advised representatives of the Department of Health and Human Services ("HHS"), the agency that oversees FTCA coverage issues relating to Section 330 health centers, of the instant lawsuit. In late October, an HHS official advised that HHS should complete its determination as to FTCA coverage within one week. *See* email exchange attached hereto as Exhibit A. It is Unity's understanding that the determination is still ongoing and should be completed soon. *El Rio,* 396 F. 3d at 1267-8 (regarding duties and timeframes applicable to HHS). Unity fully expects that it will receive such coverage and Unity's role at that point with respect to the subject matter of this action will then be that of any insured entity – to cooperate fully with the insurer. It is for this reason that Unity requires additional time.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which applies in this case. Further, none of the parties will be prejudiced by this short extension of time, nor will there be a disruption to these proceedings if the Court grants the instant motion.

Indeed, granting this extension request will serve to promote efficiency and economy by allowing the requisite coordination to take place and the necessary parties to make important determinations before a responsive pleading is filed.

WHEREFORE, the District of Columbia Department of Corrections and Unity respectfully request this Honorable Court grant them an extension of time to December 31, 2007 to respond to plaintiff's complaint.

Respectfully submitted,

Date: November 29, 2007

EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

**From:** Wyche, Dana (HHS/OGC) [mailto:Dana.Wyche@HHS.GOV]
**Sent:** Tuesday, October 30, 2007 7:29 AM
**To:** Molly Evans
**Subject:** RE: Status of Taylor

Molly,

Not yet, a determination of coverage should be completed by the end of this week.

Dana

**From:** Molly Evans [mailto:MEvans@UnityHealthCare.org]
**Sent:** Mon 10/29/2007 4:36 PM
**To:** Wyche, Dana (HHS/OGC)
**Subject:** Status of Taylor

Dana:

I was checking in on the status of the Perdita Taylor matter.   Has the case been forwarded to DOJ yet?
Thanks.

**PRIVILEGED AND CONFIDENTIAL**
**SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND/OR WORK PRODUCT DOCTRINE**
**REQUEST FOR FACTS SO THAT LEGAL ADVICE CAN BE GIVEN**

**Molly S. Evans**
**In-House Counsel**
**Unity Health Care, Inc.**
**3020 14th Street, NW, Rm. 401**
**Washington, DC 20009**

**Telephone: 202.612.3803**
**Facsimile: 202.462.6128**
**mevans@unityhealthcare.org**

**CFC Designation: 7614**
**www.unityhealthcare.org**

**Unity Health Care Confidentiality Notice**
This message is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including the Health Insurance Portability and Accountability Act (PL 104-191).
If this correspondence contains individually identifiable health information and you are the intended recipient, please maintain it in a safe, secure, and confidential manner. Redisclosure without patient consent or as permitted by law is prohibited.
If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.