UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,           )
                          )
                          )
        Plaintiff,        )
    v.                    )
                          )   Civil Action No.07-1394
                          )   Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS, )
                          )
and                       )
                          )
UNITY HEATH CARE, INC.    )
                          )
        Defendants.       )
                          )

**DEFENDANTS' JOINT MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Department of Corrections and Unity Health Care, Inc. ("Unity"), by undersigned counsel, hereby respectfully requests an enlargement of time - - to January 31, 2008 - - to respond to the complaint herein. A memorandum of Points and Authorities is attached hereto. Undersigned counsel was unable to obtain the consent of plaintiff to this motion as she is *pro se*.

Respectfully submitted,

December 27, 2007

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR,<br><br>  Plaintiff,<br>v.<br><br>DC DEPARTMENT OF CORRECTIONS,<br><br>and<br><br>UNITY HEATH CARE PROVIDERS,<br><br>  Defendants. | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendants District of Columbia and Unity respectfully submit this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity Health Care ("Unity") provides medical treatment to individuals incarcerated in the District of Columbia jail pursuant to a contract with defendant District of Columbia Department of Corrections (the "District").

On September 27, 2007, the District provided notice by letter to Unity that the District invoked its right to indemnification and defense from Unity in connection with the above-captioned case. Since then, Unity's attorneys have entered an appearance on behalf of the District pursuant to the District's request. Undersigned counsel and Unity have been in the process of coordinating this representation and issues related to the indemnification. Additional time is sought to allow counsel to coordinate issues

concerning representation of the District before this Court as well as insurance- and indemnification-related matters and to have as much of those matters resolved before a response to the Complaint is filed with this Court. These issues are still ongoing and it is for this reason that the District requires additional time. It is very likely that additional counsel will soon enter an appearance on behalf of the District.

In addition, Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6 and *El Rio Santa Cruz Neighborhood Health Center, Inc. v. HHS*, 396 F. 3d 1265 (D.C. Cir. 2005). Unity has advised representatives of the Department of Health and Human Services ("HHS"), the agency that oversees FTCA coverage issues relating to Section 330 health centers, of the instant lawsuit.

On or about December 11, 2007, Unity's in-house counsel received a copy of a December 5, 2007 letter from an HHS attorney to the United States Attorney for the District of Columbia asking that an Assistant United States Attorney be assigned to defend this action on Unity's behalf. The letter also forwarded a copy of the file to the United States Attorney's Office. For this reason, undersigned counsel believes it reasonable to expect that an entry of appearance from an Assistant United States Attorney on Unity's behalf will be forthcoming. It is for this reason that Unity requires additional time.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which applies in

this case. Further, none of the parties will be prejudiced by this short extension of time, nor will there be a disruption to these proceedings if the Court grants the instant motion. Indeed, granting this extension request will serve to promote efficiency and economy by allowing the requisite coordination to take place and the necessary parties to make important determinations (together with the input of their respective counsel whose appearance should be forthcoming) before a responsive pleading is filed.

WHEREFORE, the District of Columbia Department of Corrections and Unity respectfully request this Honorable Court grant them an extension of time to January 31, 2008 to respond to plaintiff's complaint.

Respectfully submitted,

Date: December 27, 2007

_____
EDWARD T. WATERS (Bar No. 422461)
KATHY S. GHILADI (Bar No. 435484)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Second Floor
Washington, D.C. 20036
(202) 466-8960