UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERDITA TAYLOR,<br>FPC Lexington<br>P.O. Box 14525<br>Lexington, KY 40512<br>Federal Reg. # 02196-000<br>DCDC # 205088<br><br>           Plaintiff,<br><br>   v.<br><br>D.C. Department of Corrections, et al.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 07-1394 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

     THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for Unity Health Care Inc.

                                            /s/
                                CHARLOTTE A. ABEL, DC Bar #388582
                                Assistant U.S. Attorney
                                Judiciary Center Building
                                555 Fourth St., N.W., Rm. E4410
                                Washington, D.C.  20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **31**[st] day of **January**, 2008, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

Perdita Taylor
228 15th Street, NE
Washington, DC 20002

Perdita Taylor
FPC Lexington
P.O. Box 14525
Lexington, KY 40512
Federal Reg. # 02196-000

                                       __/s/_____
                                       CHARLOTTE A. ABEL, DC Bar #388582
                                       Assistant U.S. Attorney