UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>    Plaintiff, )<br>  v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE, INC. )<br>)<br>    Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**DEFENDANT UNITY HEALTH CARE'S PARTIAL CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), Unity Health Care, Inc. ("Unity"), by undersigned counsel, hereby respectfully requests an enlargement of time to February 26, 2008 to respond to the complaint. A memorandum of Points and Authorities is attached. hereto. Undersigned counsel did not obtain the consent of plaintiff to this motion as she is a *pro se* prisoner.[1] Counsel for the D.C. Department of Corrections has consented to this motion.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*. It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and is consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a)(emphasis added).

Respectfully submitted,

____/s/_____
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney

____/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) Civil Action No.07-1394 <br> ) Judge Royce C. Lamberth <br> DC DEPARTMENT OF CORRECTIONS, ) <br> ) <br> and ) <br> ) <br> UNITY HEATH CARE PROVIDERS, ) <br> ) <br> Defendants. ) <br> ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT UNITY HEALTH CARE'S MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendant Unity respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6 and *El Rio Santa Cruz Neighborhood Health Center, Inc. v. HHS*, 396 F. 3d 1265 (D.C. Cir. 2005). For this purpose, Unity has been deemed to be a federal employee. The United States intends to move to substitute it as a defendant. This has resulted in the assignment of the undersigned Assistant United States Attorney to defend this action on Unity's behalf. Undersigned counsel only received the case assignment on or about January 22, 2008. Undersigned counsel has been conferring with her client and

investigating the allegations of the complaint in order to identify all available defenses. However, due to the recent nature of the case assignment, undersigned counsel has not completed her review of the complaint and does not yet have sufficient information to be able to respond to the complaint.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which applies in this case.

WHEREFORE, Unity Health Care requests that this Honorable Court grant them an extension of time to February 26, 2008, to respond to plaintiff's complaint.

Respectfully submitted,

____/s/_____
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney

____/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PERDITA TAYLOR,                        )
                                       )
                                       )
        Plaintiff,                     )
    v.                                 )
                                       )   Civil Action No.07-1394
                                       )   Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,          )
                                       )
and                                    )
                                       )
UNITY HEATH CARE, INC.                 )
                                       )
        Defendants.                    )
_____)

**O R D E R**

Upon consideration of Unity Health Care's request for an enlargement of time to February 26, 2008 to respond to the complaint, and any opposition thereto, it is on this

_____ day of _____, 2008,

ORDERED:  that Unity Health Care's motion be granted.  It is

FURTHER ORDERED:  that Unity Health Care shall have until and including February 26, 2008, to respond to the complaint.

                                       _____
                                       UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **31**[st] day of **January**, 2008, a true and correct copy of the foregoing Motion for Extension of Time was served by first class United States mail, postage prepaid marked for delivery to:

Perdita Taylor
228 15th Street, NE
Washington, DC 20002

Perdita Taylor
FPC Lexington
P.O. Box 14525
Lexington, KY 40512
Federal Reg. # 02196-000

                                                          __/s/_____
                                                          CHARLOTTE A. ABEL, DC Bar #388582
                                                          Assistant U.S. Attorney