UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**DEFENDANT UNITY HEALTH CARE'S PARTIAL CONSENT MOTION FOR
AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b) (1), Unity Health Care, Inc. ("Unity"), by undersigned counsel, hereby respectfully requests an enlargement of time to February 26, 2008 to respond to the complaint. A memorandum of Points and Authorities is attached. hereto.  Counsel for the D.C. Department of Corrections has consented to this motion. Undersigned counsel left a telephone message with a female relative at plaintiff's home. At the time of the filing of this motion plaintiff had not returned the call.

Respectfully submitted,

____/s/_____
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney

____/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DC DEPARTMENT OF CORRECTIONS, )<br>)<br>and )<br>)<br>UNITY HEATH CARE PROVIDERS, )<br>)<br>Defendants. )<br>) | Civil Action No.07-1394<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT UNITY HEALTH CARE'S MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendant Unity respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b.  Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers.  *See* 42 U.S.C. § 224(g)(1) (and succeeding sections).  *See also* 42 C.F.R. Part 6 and *El Rio Santa Cruz Neighborhood Health Center, Inc. v. HHS*, 396 F. 3d 1265 (D.C. Cir. 2005).  For this purpose, Unity has been deemed to be a federal employee.  Undersigned counsel has not completed her review of the complaint and does not yet have sufficient information to be able to respond to the complaint.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which applies in this case.

WHEREFORE, Unity Health Care requests that this Honorable Court grant them an extension of time to March 12, 2008, to respond to plaintiff's complaint.

                                        Respectfully submitted,

                                        _____/s/_____
                                        JEFFREY A. TAYLOR
                                        DC Bar #498610
                                        United States Attorney

                                        _____/s/_____
                                        CHARLOTTE A. ABEL, Bar # 388582
                                        Assistant United States Attorney
                                        555 4th St., NW
                                        Washington, DC 20530
                                        202/307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,                          )
                                         )
                                         )
         Plaintiff,                      )
     v.                                  )
                                         )     Civil Action No.07-1394
                                         )     Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,            )
                                         )
and                                      )
                                         )
UNITY HEATH CARE, INC.                   )
                                         )
         Defendants.                     )
_____)

**O R D E R**

Upon consideration of Unity Health Care's request for an enlargement of time to March 12, 2008 to respond to the complaint, and any opposition thereto, it is on this

_____ day of _____, 2008,

ORDERED: that Unity Health Care's motion be granted. It is

FURTHER ORDERED: that Unity Health Care shall have until and including March 12, 2008, to respond to the complaint.

_____
UNITED STATES DISTRICT COURT