**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

PERDITA TAYLOR,                            )
                                           )
                                           )
              Plaintiff,                    )
       v.                                   )
                                           )        Civil Action No.07-1394
                                           )        Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,  )
                                           )
and                                         )
                                           )
UNITY HEATH CARE, INC.                  )
                                           )
              Defendants.                   )
_____)

**CONSENT MOTION OF DEFENDANT UNITY HEALTH CARE FOR AN
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT,
NUNC PRO TUNC**

       Pursuant to Fed. R. Civ. P. 6 (b) (1), Unity Health Care, Inc. ("Unity"), by

undersigned counsel, hereby respectfully requests an enlargement of time to March 27,

2008 to respond to the complaint.  A memorandum of Points and Authorities is attached.

hereto.   Counsel for the D.C. Department of Corrections and Plaintiff Perdita Taylor

have consented to this motion.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney


__/s/_____
CHARLOTTE A. ABEL
DC Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| PERDITA TAYLOR, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )    Civil Action No.07-1394 |
| | )    Judge Royce C. Lamberth |
| DC DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| and | ) |
| | ) |
| UNITY HEATH CARE PROVIDERS, | ) |
| | ) |
| Defendants. | ) |

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT UNITY HEALTH CARE'S MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendant Unity respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Complaint.

Unity is a health center as defined in Section 330(a) of the Public Health Service Act, 42 U.S.C. § 254b. Unity has applied for and been given Federal Tort Claims Act ("FTCA") coverage against any claim of malpractice against Unity itself or one of its health care providers. *See* 42 U.S.C. § 224(g)(1) (and succeeding sections). *See also* 42 C.F.R. Part 6 and *El Rio Santa Cruz Neighborhood Health Center, Inc. v. HHS*, 396 F. 3d 1265 (D.C. Cir. 2005). For this purpose, Unity has been deemed to be a federal employee. Undersigned counsel has completed reviewing the complaint and has determined that there are grounds on which to file a dispositive motion for failure to exhaust administrative remedies. Undersigned is in the midst of trial preparation in another case and seeks additional time in which to draft a dispositive motion. The

defendant's answer was due on March 12.  Regrettably, defense counsel was unavailable

to file this motion on March 12 due to depositions that were convened late in the day on

short notice for use at trial on March 17.  Ms. Taylor telephoned and expressed her

consent to this motion on March 13.

Fed. R. Civ. P. 6 (b) (2) permits the enlargement of time for cause shown after the

time has expired if the party failed to act because of excusable neglect, which applies in

this case.

WHEREFORE, Unity Health Care requests that this Honorable Court grant them

an extension of time, nunc pro tunc, to March 27, 2008, to respond to plaintiff's

complaint.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney


__/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

PERDITA TAYLOR,                          )
                                         )
                                         )
              Plaintiff,                  )
       v.                                )
                                         )        Civil Action No.07-1394
                                         )        Judge Royce C. Lamberth
DC DEPARTMENT OF CORRECTIONS,  )
                                         )
and                                      )
                                         )
UNITY HEATH CARE, INC.                   )
                                         )
              Defendants.                 )
_____)

**O R D E R**

Upon consideration of Unity Health Care's request for an enlargement of time to

March 27, 2008 to respond to the complaint, and any opposition thereto, it is on this

_____ day of _____, 2008,

ORDERED:  that Unity Health Care's motion be granted, nunc pro tunc.  It is

FURTHER ORDERED:  that Unity Health Care shall have until and including

March 27, 2008, to respond to the complaint.


                                    _____
                                    UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **13ᵗʰ** day of **March,** 2008, a true and correct copy of

the foregoing Motion for Extension of Time was served by first class United States mail, postage

prepaid marked for delivery to:


Perdita Taylor
228 15th Street, NE
Washington, DC 20002


                                   ___/s/_____
                                   CHARLOTTE A. ABEL, DC Bar #388582
                                   Assistant U.S. Attorney