UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR, <br> 228 15th St., N.E. <br> Washington, D.C. 20002 <br> <br>        Plaintiff, <br> <br>     v. <br> <br> <br> D.C. Department of Corrections, *et al.* <br> <br>        Defendants. | Case No: 07-1394 (RCL) |

**DEFENDANT'S CONSENT MOTION TO SUBSTITUTE**
**AND MEMORANDUM IN SUPPORT**

    Defendant Unity Health Care, Inc. hereby moves pursuant to Fed. R. Civ. P. 16 and 25 to substitute the United States for itself as the sole federal defendant in this case.

    Plaintiff commenced this action against Unity Health Care, Inc., apparently alleging that it was negligent in neglecting doctor's orders, delaying x-rays, misinterpreting x-rays, and failing to provide either pain medication or a wrist splint. See Compl. at pp. 1-2. Attached is a Certification pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233, certifying that Defendant Unity Health Care, Inc. was acting within the scope of its authority and deemed it to be an employee of the United States at the time of the events alleged in the Complaint.

    Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the United States under the provisions of (title 28 of the United States Code) and all references thereto, and the United States shall be substituted as the party defendant." 28

U.S.C. § 2679(d)(2).  <u>See also</u> 42 U.S.C. § 233(g) (exclusive remedy against United States for those deemed to be employees of the Public Health Service).

In light of the foregoing, Defendant Unity Health Care, Inc. requests that the Court amend the case caption in the above civil action to reflect the United States as the real party in interest and as the sole federal defendant in the case.[1]

The plaintiff, Ms. Taylor, and counsel for the D.C. Department of Corrections, consent to this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332

---

[1] Defendant does not waive any defense that might be available under Fed. R. Civ. P. 12, including immunity from suit.

-2-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2008, service of the foregoing Defendant's Motion to Substitute and Memorandum In Support Thereof and Proposed order has been made by mailing  copies thereof to:

Perdita Taylor
228 15th Street, NE
Washington, DC 20002

                                              __/s/_____
                                              CHARLOTTE A. ABEL, DC Bar #388582
                                              Assistant U.S. Attorney
                                              Judiciary Center Building
                                              555 Fourth St., N.W., Rm. E4410
                                              Washington, D.C.  20530
                                              (202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR,  ) <br> FPC Lexington  ) <br> P.O. Box 14525  ) <br> Lexington, KY 40512  ) <br> Federal Reg. # 02196-000  ) <br> DCDC # 205088  ) <br> )   <br>         Plaintiff,  ) <br> )   <br>         v.  ) <br> )   <br> D.C. Department of Corrections, *et al.*  ) <br> )   <br>         Defendants.  ) | Case No: 07-1394 (RCL) |

ORDER

UPON CONSIDERATION of the Defendant Unity Health Care, Inc.'s Motion to Substitute, And Memorandum In Support, the grounds stated, and the entire record herein, it is on this _____ day of _____, 2008

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the caption in the above civil action be and hereby is amended to reflect the United States of America as the sole federal defendant in this action.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERDITA TAYLOR,<br>FPC Lexington<br>P.O. Box 14525<br>Lexington, KY 40512<br>Federal Reg. # 02196-000<br>DCDC # 205088<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>D.C. Department of Corrections, *et al.*<br><br>　　　　　Defendants. | Case No: 07-1394 (RCL) |

**CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Perdita Taylor v. D.C. Department of Corrections, et al., No. 07-1394 (D.D.C.), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Unity Health Care, Inc. was acting within the scope of its employment as an officer or employee of the United States at the time of the alleged incidents.

March 26, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar No. 434122
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Chief, Civil Division