UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERDITA TAYLOR, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 07-1394 (RCL) |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

Defendant Unity Health Care, Inc. has filed motion to substitute the United States of America as the party defendant and a motion to dismiss for lack of subject matter jurisdiction. Because a ruling on these motions may dispose of this action, the Court advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service

1

> and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

ORDERED that, on or before **July 7, 2008**, plaintiff shall file her opposition or response to defendant's motions. If plaintiff fails to respond timely, the Court may grant defendant's motions as conceded.

SO ORDERED.

DATE: June 2, 2008
                               /s/
                        ROYCE C. LAMBERTH
                        United States District Judge