UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERDITA TAYLOR,                              )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )        Civil Action No. 07-1394 (RCL)
                                             )
D.C. DEPARTMENT OF CORRECTIONS, *et al.*,    )
                                             )
                    Defendants.              )
                                             )

FILED

AUG - 4 2008

Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

The District of Columbia Department of Corrections filed a motion to dismiss or for summary judgment on January 31, 2008. In its February 4, 2008 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if she failed to file her opposition by March 3, 2008, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Defendant Unity Health Care filed a motion to dismiss on March 27, 2008. In its June 2, 2008 Order, the Court set July 7, 2008 as the deadline plaintiff's opposition, and advised her that its motion would be treated as conceded if she failed to file an opposition timely. To date, plaintiff neither has filed an opposition to Unity Health Care's motion nor has requested additional time to do so.

Accordingly, it is hereby

1

ORDERED that the consent motion to substitute the United States of America for Unity Health Care, Inc. as a party [Dkt. #28] is GRANTED.  It is further

ORDERED that the District of Columbia Department of Corrections' motion to dismiss or alternatively for summary judgment [Dkt. #22, 24] is GRANTED AS CONCEDED.  It is further

ORDERED that the United States of America's motion to dismiss [Dkt. #29] is GRANTED AS CONCEDED.  It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE:  Aug 4, 2008

ROYCE C. LAMBERTH
United States District Judge